[No. 50069-4-I.   Division One.   March 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. N.M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-04860-2, Dale B. Ramerman, J., and Charles V. Johnson, J. Pro Tem., entered January 31, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 50091-1-I.   Division One.   March 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CORY S. HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-01891-9, Kenneth L. Cowsert, J., entered February 26, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50127-5-I.   Division One.   March 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER SHANNON DOWNEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-1-03750-9, Jeffrey M. Ramsdell and Richard A. Jones, JJ., entered February 6, 2002. *Reversed* by unpublished per curiam opinion.

[No. 50410-0-I.   Division One.   March 3, 2003.]

DEBORAH J. BANTA, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-26749-3, Janet Garrow, J. Pro Tem., entered April 22, 2002. *Dismissed* by unpublished per curiam opinion.